**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE WHEELS UP EXPERIENCE INC. DERIVATIVE LITIGATION | Lead Case No.: 1:23-cv-06777-RER-VMS |
| This Documents Relates to: ALL ACTIONS | **JOINT STIPULATION AND ORDER DISMISSING CONSOLIDATED DERIVATIVE ACTION** |

Plaintiffs Philip Irminger, Jesse A. Lang, and Keith Dial (collectively, "Plaintiffs"), derivatively on behalf of Wheels Up Experience Inc. ("Wheels Up" or the "Company"), and Defendants Kenneth Dichter, Todd Smith, George Mattson, Adam Zirkin, David Adelman, Timothy Armstrong, Alain Bellemare, Adam Cantor, Andrew Davis, Dwight James, Dan Janki, Zachary Lazar, Lee Moak, Jeff Nedelman, Chi Cheung, Marc Farrell, Admiral Mike Mullen, Brad Radecki, Susan Schuman, Erik Snell, Ravi Thakran, and Eric Phillips (the "Individual Defendants," together with Wheels Up, "Defendants," and collectively with Plaintiffs, the "Parties") jointly submit this stipulation and respectfully request that the Court enter an order voluntarily dismissing the above-captioned action without prejudice. The Parties state as follows:

WHEREAS, on September 12, 2023, plaintiff Phillip Irminger ("Plaintiff Irminger") filed a shareholder derivative action captioned *Irminger v. Dichter et al.*, Case No.: 1:23-cv-06777-OEM-VMS (the "*Irminger* Action") on behalf of nominal defendant Wheels Up in this Court, alleging claims for, inter alia, breach of fiduciary duties, unjust enrichment, and waste of corporate assets against the Individual Defendants, and for contribution under Sections 10(b) and 21D of the Securities Exchange Act of 1934 (the "Exchange Act") against Kenneth Dichter and Todd Smith;

WHEREAS, on November 8, 2023, plaintiff Jesse A. Lang ("Plaintiff Lang") filed a shareholder derivative action captioned *Lang v. Dichter, et al.*, 1:23-cv-08316-RER-VMS (the "*Lang* Action") on behalf of Nominal Defendant Wheels Up in this Court, alleging violation of

Section 10(b) of the Exchange Act, breaches of fiduciary duties, aiding and abetting breaches of fiduciary duties, unjust enrichment, and waste of corporate assets against the Individual Defendants;

WHEREAS, on November 9, 2023, pursuant to a joint motion filed by Plaintiff Irminger and Defendants (*Irminger* Action, ECF No. 9), the Court entered an Order (the "*Irminger* Stay Order") staying the *Irminger* Action until the final resolution of the motion to dismiss in the related securities class action captioned *The Lee Goodman Trust v. Wheels Up Experience Inc. et al.*, Case No. 1:23-cv-02900-OEM-VMS (E.D.N.Y) (the "Securities Class Action");

WHEREAS, on December 14, 2023, plaintiff Keith Dial ("Plaintiff Dial") filed a shareholder derivative action captioned *Dial v. Dichter, et al.*, 1:23-cv-01435 (D. Del.) (the "*Dial* Action") on behalf of Nominal Defendant Wheels Up in the United States District Court for the District of Delaware, alleging violation of Sections 10(b) and 20(a) of the Exchange Act, breaches of fiduciary duty, unjust enrichment, and waste of corporate assets against the Individual Defendants;

WHEREAS, on April 3, 2024, pursuant to a joint stipulation filed by Plaintiff Irminger, Plaintiff Lang, and Defendants (*Irminger* Action, ECF No. 12), the Court: (1) lifted the stay in the *Irminger* Action; (2) consolidated the *Irminger* Action and *Lang* Action into *In re Wheels Up Experience Inc. Derivative Litigation*, Lead Case No.: 1:23-cv-06777-OEM-VMS (the "Consolidated Derivative Action"), (3) appointed The Brown Law Firm, P.C. and Rigrodsky Law, P.A. as Co-Lead Counsel for plaintiffs in the Consolidated Derivative Action; and (4) stayed the Consolidated Derivative Action on the same terms as the *Irminger* Stay Order;

WHEREAS, on April 9, 2024, the *Dial* Action was transferred to this Court and assigned case number 1:24-cv-02648-RER-VMS (*Dial* Action, ECF No. 10);

WHEREAS, on March 28, 2025, pursuant to a joint stipulation filed by Plaintiff Dial and Defendants, the *Dial* Action was consolidated into the Consolidated Derivative Action, which remained stayed under the terms of the *Irminger* Stay Order (*Dial* Action, ECF No. 16);

WHEREAS, on July 15, 2026, the Court in the Securities Class Action granted defendants' motion to dismiss and entered judgment in favor of defendants (the "Motion to Dismiss Decision") (Securities Class Action, ECF Nos. 49-50);

WHEREAS, the *Irminger* Stay Order directed that, upon resolution of the motion to dismiss in the Securities Class Action, "the Parties shall meet and confer and file a proposed schedule within fourteen days";

WHEREAS, the appeal deadline for the Motion to Dismiss Decision has passed and no appeal has been taken;

WHEREAS, on August 14, 2026, the Court required counsel to file a status report as to the instant litigation on or before September 30, 2026;

WHEREAS, the Parties now stipulate to the voluntary dismissal of this Consolidated Derivative Action without prejudice, with each side to bear its own costs and fees; and

WHEREAS, the Parties respectfully submit that notice of said dismissal is unnecessary to protect the interests of the Company's stockholders because: (i) there has been no settlement or compromise between the Parties or attempts to seek such; (ii) the Court has not certified a class or otherwise issued an order requiring such notice; (iii) there has been no collusion among the Parties; and (iv) neither Plaintiffs nor their counsel have received or will receive any consideration from Defendants for the dismissal.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties; through their undersigned counsel, pursuant to Federal Rules of Civil Procedure 23(e), 23.1(c) and 41(a)(1)(A)(ii), and subject to Court approval, as follows:

1. This Consolidated Derivative Action is dismissed in its entirety, without prejudice;

2. Each side shall bear its own costs, fees, and expenses, including attorneys' fees; and

3. For the reasons noted above, notice of this dismissal to the Company's stockholders is not required.

Dated: September 30, 2026

Respectfully submitted,

RIGRODSKY LAW, P.A.

By: /s/ Leah B. Wihtelin
Vincent A. Licata
Leah B. Wihtelin
225 Broadway, Suite 3707
New York, NY 10007
Telephone: (212) 201-7690
Email: vl@rl-legal.com
Email: lw@rl-legal.com

*Co-Lead Counsel for Plaintiffs*

THE BROWN LAW FIRM, P.C.
Timothy Brown
1350 Avenue of the Americas, Suite 1200
New York, New York 10019
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs*

MCGUIREWOODS LLP

By: /s/ Jeffrey J. Chapman
Jeffrey J. Chapman
Garrett H. Hooe (*pro hac vice*)
1251 Avenue of the Americas, 20th Fl.
New York, New York 10020-1104
Tel: 212-548-2100
jchapman@mcguirewoods.com
ghooe@mcguirewoods.com

*Attorneys for Defendants*

BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC
Peretz Bronstein
Eitan Kimelman
60 East 42nd Street, Suite 4600
New York, New York 10016
Tel: 212-697-6484
peretz@bgandg.com
eitank@bgandg.com

*Counsel for Plaintiff Philip Irminger*

LIFSHITZ LAW PLLC
Joshua M. Lifshitz
1190 Broadway
Hewlett, NY 11557
Telephone: (516) 493-9780
Email: jlifshitz@lifshitzlaw.com

*Counsel for Plaintiff Keith Dial*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: **October 1, 2026**

**/s/Ramón E. Reyes, Jr.**
HON. RAMON E. REYES, JR.
UNITED STATES DISTRICT JUDGE, EDNY